UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINDELL FORD,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>B.M. TRATE,<br><br>　　　　　　Respondent. | Case No. 1:22-cv-01595-JLT-CDB  (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS DISMISSING THE PETITION WITH PREJUDICE AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 14) |

　　　　On May 31, 2023, the assigned magistrate judge issued findings and recommendations to dismiss Petitioner's 28 U.S.C. § 2241 petition with prejudice.  The Court served the findings and recommendations on Petitioner and extended to him 14 days to file objections thereto.  More than 14 days have passed and as of the date of this Order, no objections have been filed.  The findings and recommendations advised Petitioner that "failure to file objections within the specified time may result in the waiver of rights on appeal."  (Doc. 14); *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998).

　　　　Pursuant to 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court concludes the findings and recommendations are supported by the record and by proper analysis. Based upon the foregoing, the Court **ORDERS**:

1. The findings and recommendations issued on May 31, 2023 (Doc. 14) are **ADOPTED IN FULL**.
2. Petitioner's Quindell Ford's petition for writ of habeas corpus (Doc. 1) is **DISMISSED** with prejudice.
3. Petitioner's motions for Preliminary Injunction (Docs. 5, 11) and Declaratory Judgment (Doc. 12) are **DENIED** as moot.
4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **June 30, 2023**

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE